August 26, 2005

Mr. David W. Holman
Godwin Gruber, LLP
5 Houston Center
1401 McKinney Street, Suite 2700
Houston, TX 77010
Mr. Keith T. Gilbert
Gilbert & Maxwell
P.O. Box 1984
Houston, TX 77251

RE: Case Number: 04-0055
 Court of Appeals Number: 01-00-00785-CV
 Trial Court Number: 689760-101

Style: PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
 v.
 BARRY BOYD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Ms. Beverly |
| |Kaufman |